No. —, original. DAVIDSON *v.* CALIFORNIA. December 13, 1937. The motion for leave to file the Bill of Complaint herein is denied. The motion for leave to proceed *in forma pauperis* is denied.

No. —, original. MISSOURI *v.* IOWA. December 13, 1937. The motion for leave to file the Bill of Complaint herein is granted and process is ordered to issue returnable on Monday, February 14, 1938. *Mr. Roy McKittrick,* Attorney General of Missouri, *Mr. Frank W. Hayes,* Assistant Attorney General, *Mr. M. E. Casey,* and *Ruth L. Waltner* for complainant.

No. —, original. EX PARTE LLOYD RUBIN. December 13, 1937. The motion for leave to file petition for writ of habeas corpus is denied.

No. 660 (October Term, 1936). LINDSEY ET AL. *v.* WASHINGTON. December 13, 1937. The motion to recall the mandate is denied, without prejudice to appropriate application to the proper state court. See s. c. 301 U. S. 397.

No. 63. UNITED STATES ET AL. *v.* GRIFFIN ET AL., RECEIVERS. Appeal from the District Court of the United States for the Southern District of Georgia. December 13, 1937. The Court is of the opinion that it has jurisdiction of the appeal. Reargument is ordered, and the cause is assigned for argument upon the merits. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Elmer B. Collins, Daniel W. Knowlton,* and *Edward M. Reidy* for appellants. *Messrs. Gregory Hankin, Moultrie Hitt,* and *G. Kibby Munson* for appellees.